1  Sandford L. Frey (SBN 117058)
   Stuart I. Koenig (SBN 117058)
2  Marta C. Wade (SBN 259296)
   **CREIM MACIAS KOENIG & FREY LLP**
3  633 West Fifth Street, 51st Floor
   Los Angeles, California 90071
4  Telephone: (213) 614-1944
   Facsimile:  (213) 614-1961
5  sfrey@cmkllp.com
   skoenig@cmkllp.com
6  mwade@cmkllp.com

7  Reorganization Attorneys for Story Building LLC
   Debtor and Debtor-In-Possession
8

9  **BRYAN CAVE LLP**
   H. Mark Mersel, California Bar No. 130382
10 Sheri M. Kanesaka, California Bar No. 240053
   3161 Michelson Drive, Suite 1500
11 Irvine, CA 92612
   Telephone:    (949) 223-7000
12 Facsimile:    (949) 223-7100
   Internet: mark.mersel@bryancave.com

13 Attorneys for WELLS FARGO BANK, N.A., AS
   TRUSTEE FOR THE REGISTERED HOLDERS
14 OF J.P. MORGAN CHASE COMMERCIAL
   MORTGAGE SECURITIES CORP.,
15 COMMERCIAL MORTGAGE PASS-THROUGH
   CERTIFICATES, SERIES 2004-C1
16

17              UNITED STATES BANKRUPTCY COURT

18               CENTRAL DISTRICT OF CALIFORNIA

19                    [SANTA ANA DIVISION]

| 20 | In re | CASE NO.:  8:10-bk-16614-ES |
|---|---|---|
| 21 | STORY BUILDING LLC, | Chapter 11 |
| 22 | | **STIPULATION REQUESTING FOURTH** |
| 23 | Debtor and Debtor-In-Possession. | **CONTINUANCE OF:** |
| | | **(1) MOTION FOR ORDER** |
| 24 | | **AUTHORIZING AND APPROVING:** |
| 25 | | **(A) THE ADEQUACY OF THE** |
| | | **"DISCLOSURE STATEMENT** |
| 26 | | **DESCRIBING CHAPTER 11 PLAN OF** |
| | | **REORGANIZATION PROPOSED BY** |
| 27 | | **DEBTOR, THE DEBTOR** |
| | | **INVESTMENTS, INC";(B) THE FORM,** |
| 28 | | **SCOPE, AND NATURE OF** |
| | | **SOLICITATION, BALLOTING,** |
| | | **TABULATION, AND NOTICES WITH** |
| | | **RESPECT THERETO; AND (C)** |

*(sidebar, left margin)* CREIM MACIAS KOENIG & FREY LLP
633 WEST FIFTH STREET, 51ST FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 614-1944

RELATED CONFIRMATION
PROCEDURES, DEADLINES AND
NOTICES; AND
(2) HEARING ON STATUS CONFERENCE
OF CHAPTER 11 CASE

DATE:        June 2, 2011
TIME:        10:30 a.m.
CTRM:        5A

Story Building LLC, Debtor and Debtor in Possession ("Debtor") on the one hand, and Wells Fargo Bank, N.A., as trustee for the registered holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2004-C1 ("Lender"), by and through their counsel of record, hereby stipulate and agree, and jointly request that this Honorable Court, enter an order further continuing the hearings currently set on the above mentioned date and time, based on the following grounds:

## I.

## RECITALS

1.      The Debtor is a debtor in possession in the matter set forth above having filed for relief under chapter 11 of the United States Bankruptcy Code on May 17, 2010.

2.      The Lender asserts a claim against Debtor based on a promissory note in the original principal amount of $13,100,000.00, dated January 26, 2004 ("Note").

3.      On November 12, 2010 the Debtor filed its Notice of Motion for Approval of "*Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by the Debtor, Story Building LLC (Dated November 12, 2010)*" [Docket No. 56] ("Disclosure Statement Motion").

4.      The original hearing on the approval of the Disclosure Statement Motion was set by this Court for January 11, 2011. Pursuant to a stipulation of the parties and an order of this Court entered on January 6, 2011 [Docket No. 72], the hearing on the Disclosure Statement Motion was continued to February 15, 2011 at 10:30 a.m. A Status Conference on this Chapter 11 case was also set for the same date and time as the hearing on the Disclosure Statement.

CREIM MACIAS KOENIG & FREY LLP
633 WEST FIFTH STREET, 51ST FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 614-1944

5.    Pursuant to a further stipulation of the parties, and an order of this Court entered on February 11, 2011 [Docket No. 79], the hearing on the Disclosure Statement Motion and status conference were continued to March 17, 2011 at 10:30 a.m.

6.    Pursuant to a third stipulation of the parties, and an order of this Court entered on March 16, 2011 [Docket No. 89], the hearing on the Disclosure Statement Motion and status conference were further continued to June 2, 2011 at 10:30 a.m.

7.    Since the filing of its Plan and Disclosure Statement, the Debtor and the Lender have been engaged in discussions in an effort to reach agreement on the terms of a consensual Plan.

8.    By order of this Court entered on January 21, 2011, the Debtor retained Biggs & Co. as its accountants and financial advisors to assist the Debtor with the information requested and resolution of issues required by the Lender in order to reach a consensual plan.

9.    In addition, the Lender is in the process of obtaining an appraisal on the property which has not yet been completed.

10.    Therefore, the parties believe that a further continuance is in the best interest of the estate and creditors.  The Lender requires additional time to complete its appraisal and consider the Debtor latest proposal.   However, the continuances to date have resulted in a great deal of progress by successfully narrowing the disputed issues under the Plan.

11.    Regardless of whether or not the negotiations result in a consensual Plan, the Debtor intends to file modifications to its Plan as a result of the negotiation so as to hopefully narrow the disputed issues.  It does not appear to be in the best interests of the estate or judicial economy to file and serve piecemeal modifications while fruitful negotiations toward a consensual plan are still ongoing.

12.    Furthermore, the parties jointly feel that the requested continuances have benefited the estate by, among other things, enhancing the possibility of a consensual plan; possibly narrowing the disputed issues required to be determined by this Court; and conserving costs of administration. The parties believe that a further continuance will greatly enhance the chances of reaching a completely consensual resolution of this case and is in the best interest of the estate and all creditors.

## II.

## STIPULATION

In an effort to reach agreement on the terms of a consensual Plan, the Debtor and the Lender request that this Court continue the hearing on the Disclosure Statement Motion and the Status Conference from the current hearing date to August 9, 2011 at 10:30 a.m., or a date and time convenient with this Court's calendar that is at least 60 days after the current hearing date of June 2, 2011.

DATED: May 20, 2011                  CREIM MACIAS KOENIG & FREY LLP


By:  _/s/ Sandford L. Frey_____
     SANDFORD L. FREY
     STUART I. KOENIG
Reoganization Atorneys for Debtor and Debtor in Possession, Story Building LLC


DATED: May 20, 2011                  BRYAN CAVE LLP


By: _____
    H. MARK MERSEL
Attorneys for WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES CORP., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-C1

| In re:<br>STORY BUILDING, LLC,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 8:10-bk-16614-ES |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

633 W. Fifth Street, 51st Floor, Los Angeles, California 90071

A TRUE AND CORRECT COPY OF THE FOREGOING DOCUMENT DESCRIBED **STIPULATION REQUESTING FOURTH CONTINUANCE OF: (1) MOTION FOR ORDER AUTHORIZING AND APPROVING: (A) THE ADEQUACY OF THE "DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY DEBTOR, THE DEBTOR INVESTMENTS, INC";(B) THE FORM, SCOPE, AND NATURE OF SOLICITATION, BALLOTING, TABULATION, AND NOTICES WITH RESPECT THERETO; AND (C) RELATED CONFIRMATION PROCEDURES, DEADLINES AND NOTICES; AND (2) HEARING ON STATUS CONFERENCE OF CHAPTER 11 CASE THROUGH JANUARY 31, 2011** WILL BE SERVED OR WAS SERVED (A) ON THE JUDGE IN CHAMBERS IN THE FORM AND MANNER REQUIRED BY LBR 5005-2(D); AND (B) IN THE MANNER INDICATED BELOW:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 20, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Samuel R. Biggs    lnuzzi@biggsco.com
- Sandford Frey    Sfrey@cmkllp.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- James Andrew Hinds    jhinds@jhindslaw.com
- Alan I Kaplan    alan@alanikaplan.com
- Stuart I Koenig    Skoenig@cmkllp.com
- Hal M Mersel    mark.mersel@bryancave.com
- U.S.. Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Marta C. Wade    mwade@cmkllp.com; knielsen@cmkllp.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On May 20, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Erithe A. Smith (By U.S. Mail)
U.S. Bankruptcy Court
411 West Fourth Street, Suite 2030
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                           F 9013-3.1

| In re: STORY BUILDING, LLC, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:10-bk-16614-ES |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 20, 2011 | Kelli Nielsen | |
|---|---|---|
| Date | Type Name | Signature |

**II. SERVED BY U.S. MAIL**

**Debtor**

Story Building LLC
1 Charlotte
Irvine, CA 92603

**Other Party**

Richard Williamson, Esq.
Ezer & Williamson LLP
Del Amo Financial Center
21515 Hawthorne Blvd., Suite 1150
Torrance, California 90503

**Creditors**

Assessment Appeal Services LLC
11110 N. Tatum Blvd Ste 101
Phoenix, AZ 85028

Falcon Investment & Trades
3 Sevenoaks
Irvine, CA 92603

US Volt
15302 Sutton St Suite C
Sherman Oaks, CA 91403

Blackhawk Security Services Inc.
404 W 7th Street Suite 302
Los Angeles, CA 90014

Liftech Elevator Services Inc
3286 E Willow St
Signal Hill, CA 90755

Wells Fargo Bank NA et al.
c/o Mark Mersel of Bryan Cave LLP
3161 Michelson Drive Suite 1500
Irvine, CA 92612

Cal Star Security Inc
6051 Hollywood Blvd Suite 214
Los Angeles, CA 90028

Alex Gilanians, Esq.
c/o Mega Commercial Construction Inc
100 W. Broadway, Ste. 1250
Glendale, CA 91210

IRS
PO Box 21126
Philadelphia, PA 19114

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1