Sandford L. Frey (SBN 117058)
Stuart I. Koenig (SBN 102764)
Marta C. Wade (SBN 259296)
**CREIM MACIAS KOENIG & FREY LLP**
633 W. Fifth Street, 51st Floor
Los Angeles, CA  90071
(213) 614-1944 Telephone
(213) 614-1961 Fax
sfrey@cmkllp.com
skoenig@cmkllp.com
mwade@cmkllp.com

Reorganization Attorneys for Story Building, LLC,
Debtor and Debtor in Possession

FILED & ENTERED

JUL 18 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY reid       DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

[SANTA ANA DIVISION]

| | |
|---|---|
| In re<br><br>STORY BUILDING LLC,<br><br>Debtor and Debtor in Possession. | CASE NO.:  8:10-bk-16614-ES<br><br>Chapter 11<br><br>**ORDER ON STIPULATION REQUESTING FIFTH CONTINUANCE OF:  (1) MOTION FOR ORDER AUTHORIZING AND APPROVING:  (A) THE ADEQUACY OF THE "DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY DEBTOR, THE DEBTOR INVESTMENTS, INC."; (B) THE FORM, SCOPE, AND NATURE OF SOLICITATION, BALLOTING, TABULATION, AND NOTICES WITH RESPECT THERETO; AND (C) RELATED CONFIRMATION PROCEDURES, DEADLINES AND NOTICES; AND (2) HEARING ON STATUS CONFERENCE OF CHAPTER 11 CASE**<br><br>DATE:        August 9, 2011<br>TIME:        10:30 a.m.<br>CTRM.:       5A |

Story Building LLC, Debtor and Debtor in Possession ("Debtor"), and Wells Fargo Bank, N.A., as trustee for the registered holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2004-C1 ("Lender"), having filed their Stipulation ("Stipulation") to further continue the hearing on the Debtor's Motion Approving the Adequacy of the Disclosure Statement ("Motion to Approve Disclosure Statement") to October 20, 2011 at 10:30 a.m. or, for at least, sixty (60) days; and good cause appearing therefore, it is hereby,

ORDERED THAT:

1. The hearing the Debtor's Motion Approving the Adequacy of the Disclosure Statement shall be continued to **October 20, 2011 at 10:30 a.m.** (the "Continued Hearing Date");

2. The time within which Lender has to file its response to the Motion to Approve Disclosure Statement shall be extended consistent with the Local Rules based on the Continued Hearing Date; and

3. The Status Conference shall be continued to **October 20, 2011 at 10:30 a.m.**

IT IS SO ORDERED.

\###

DATED: July 18, 2011

_Erithe A. Smith_
United States Bankruptcy Judge

2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

633 W. Fifth Street, 51st Floor, Los Angeles, California 90071

A true and correct copy of the foregoing document described as ***ORDER ON STIPULATION REQUESTING FIFTH CONTINUANCE OF:  (1) MOTION FOR ORDER AUTHORIZING AND APPROVING:  (A) THE ADEQUACY OF THE "DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY DEBTOR, THE DEBTOR INVESTMENTS, INC."; (B) THE FORM, SCOPE, AND NATURE OF SOLICITATION, BALLOTING, TABULATION, AND NOTICES WITH RESPECT THERETO; AND (C) RELATED CONFIRMATION PROCEDURES, DEADLINES AND NOTICES; AND (2) HEARING ON STATUS CONFERENCE OF CHAPTER 11 CASE*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***July 13, 2011,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Erithe A. Smith (By U.S. Mail)
U.S. Bankruptcy Court
411 West Fourth Street, Suite 2030
Santa Ana, CA  92701-4593

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***July 13, 2011,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Samuel R. Biggs | lnuzzi@biggsco.com |
| Nancy S. Goldenberg | nancy.goldenberg@usdoj.gov |
| James Andrew Hinds | jhinds@jhindslaw.com |
| Alan I. Kaplan | alan@alanikaplan.com |
| Hal M. Mersel | mark.mersel@bryancave.com |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 13, 2011 | Kelli Nielsen | /s/ Kelli Nielsen |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  **F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON STIPULATION REQUESTING FIFTH CONTINUANCE OF:  (1) MOTION FOR ORDER AUTHORIZING AND APPROVING:  (A) THE ADEQUACY OF THE "DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY DEBTOR, THE DEBTOR INVESTMENTS, INC."; (B) THE FORM, SCOPE, AND NATURE OF SOLICITATION, BALLOTING, TABULATION, AND NOTICES WITH RESPECT THERETO; AND (C) RELATED CONFIRMATION PROCEDURES, DEADLINES AND NOTICES; AND (2) HEARING ON STATUS CONFERENCE OF CHAPTER 11 CASE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***July 13, 2011***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

| | |
|---|---|
| Samuel R. Biggs | lnuzzi@biggsco.com |
| Sandford Frey | sfrey@cmkllp.com |
| Nancy S. Goldenberg | nancy.goldenberg@usdoj.gov |
| James Andrew Hinds | jhinds@jhindslaw.com |
| Alan I. Kaplan | alan@alanikaplan.com |
| Stuart I. Koenig | skoenig@cmkllp.com |
| Hal M. Mersel | mark.mersel@bryancave.com |
| U.S. Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Marta C. Wade | mwade@cmkllp.com; knielsen@cmkllp.com |

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**

**III.**     <u>**Service List**</u>

<u>**Debtor**</u>                                    <u>**Other Party**</u>

Story Building LLC                      Richard Williamson, Esq.
1 Charlotte                             Ezer & Williamson LLP
Irvine, CA 92603                        Del Amo Financial Center
                                        21515 Hawthorne Blvd., Suite 1150
                                        Torrance, California 90503

<u>**Creditors**</u>

Assessment Appeal Services LLC          Blackhawk Security Services Inc.       Cal Star Security Inc
11110 N. Tatum Blvd Ste 101             404 W 7th Street Suite 302             6051 Hollywood Blvd Suite 214
Phoenix, AZ 85028                       Los Angeles, CA 90014                  Los Angeles, CA 90028

Falcon Investment & Trades              Liftech Elevator Services Inc          Alex Gilanians, Esq.
3 Sevenoaks                             3286 E Willow St                       c/o Mega Commercial Construction Inc
Irvine, CA 92603                        Signal Hill, CA 90755                  100 W. Broadway, Ste. 1250
                                                                               Glendale, CA 91210

US Volt                                 Wells Fargo Bank NA et al.             IRS
15302 Sutton St Suite C                 c/o Mark Mersel of Bryan Cave LLP      PO Box 21126
Sherman Oaks, CA 91403                  3161 Michelson Drive Suite 1500        Philadelphia, PA  19114
                                        Irvine, CA 92612

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                  **F 9021-1.1.NOTICE.ENTERED.ORDER**